# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARVIND KUMAR,                                    )    1:09-cv-02216 YNP DLB HC
                                                 )
                            Petitioner,          )
                                                 )    ORDER DISMISSING PETITION FOR WRIT
          v.                                     )    OF HABEAS CORPUS
                                                 )
                                                 )
JANET NAPOLITANO,                                )
                                                 )
                            Respondent.          )
_____)

        Petitioner is an alien detainee proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.

        On March 8, 2010, Petitioner filed a notice of voluntary dismissal. (Doc. #8.)

        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the petitioner "may dismiss

an action without a court order by filing (i) a notice of dismissal before the opposing party serves

either an answer or a motion for summary judgment. . . ."  Pursuant to Rule 11 of the Rules

Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not

inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

///

///

///

///

///

1    No Respondent has yet been ordered to appear in this case, thus Petitioner's notice of

2    voluntary dismissal falls within the parameters of Rule 41(a)(1).

3        Accordingly, Petitioner's petition for writ of habeas corpus is hereby DISMISSED without

4    prejudice.

5

6        IT IS SO ORDERED.

7        **Dated:    March 13, 2010**                    **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28